# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRICK HALL                    :
                                : CIVIL ACTION
    Plaintiff              :
                                :
 vs.                            : NO. 17-CV-4738
                                :
JOHN WETZEL, et. al.            :
                                :
    Defendants             :

## ORDER

AND NOW, this 21st day of February, 2018, upon consideration of Plaintiff's Motion for Preliminary Injunction (Doc. No. 9) and Defendants' Response in Opposition thereto, and following Hearings in this matter and for the reasons set forth in the preceding Decision, it is hereby ORDERED that the Motion is GRANTED and Defendants are ENJOINED from continuing to house Plaintiff Darrick Hall in the solitary conditions of confinement in the Capital Case/Restricted Housing Unit for the sole reason that he faced a capital sentence and/or pursuant to the provisions of 61 Pa. C.S.A. §4303 and any and all implementing regulations.

IT IS FURTHER ORDERED that Defendants shall, within seven days of the entry date of this Order, provide Plaintiff with a hearing providing meaningful review of his appropriate placement in the prison, taking into account such factors as the safety of other inmates and staff, Plaintiff's continued public or

institutional risk, Plaintiff's disciplinary history, Plaintiff's mental health history and current mental health status, and his physical health history and present health status, among other relevant considerations.  In the event that Mr. Hall is found to satisfy the conditions warranting placement in the General Population, Defendants are DIRECTED to begin taking immediate steps to facilitate his safe and orderly transition to an appropriate placement in the general population.

                                  BY THE COURT:

                                  s/J. Curtis Joyner
                                  J. CURTIS JOYNER,     J.